IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS, an individual, <br><br> Plaintiff, <br> v. <br><br> HOUSTON BUSINESS DEVELOPMENT, INC., a Texas Corporation, <br><br> Defendant. | Case No.:   4:19-cv-03832 |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice; **ORDERED AND ADJUDGED** that, except as otherwise agreed, the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this 17th day of September, 2020.



_____
UNITED STATES DISTRICT JUDGE